IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STERLING OWENS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. 2:21-CV-02185 |
| | ) |
| UNIFIED GOVERNMENT OF | ) |
| WYANDOTTE COUNTY/KANSAS | ) |
| CITY, KANSAS | ) |
| As Representative of Kansas City | ) |
| Board of Public Utilities, | ) |
| | ) |
|     Defendant. | ) |

**INDEX OF EXHIBITS TO DEFENDANT'S
MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| A | Excerpts from Sterling Owens Deposition Transcript |
| B | BPU Employee Handbook (BPU 000001-86) (Depo Ex. 1) |
| C | Excerpts from Dennis Dumovich Deposition Transcript |
| D | Certificate of Employee Residency (BPU000311) (Depo Ex. 2) |
| E | 12/5/19 Torrez Memo (BPU000157-199) (Depo Ex. 3) |
| F | August 2019 Investigation Documents (BPU000335-347) (Depo Ex. 25) |
| G | Report from CHIEF Investigations (BPU000348-366) (Depo Ex. 26) |
| H | Owens 11-11-20 Memo to HR re residency (BPU000118) (Depo Ex. 22) |
| I | UG's Answers to Plaintiff's First Interrogatories (Depo Ex. 20) |
| J | Dumovich 9-11-20 email re residency (BPU00087) (Depo Ex. 21) |
| K | 3-19-20 Torrez-Dumovich emails re residency investigation (BPU000250) (Depo Ex. 32) |
| L | CHIEF Investigations Report dated March 23, 2020 (BPU000367-368) (Depo Ex. |

7ZF0724.DOCX

|   |   |
|---|---|
|   | 33) |
| M | April 1, 2020 Investigative Memo (BPU000243-249) (Depo Ex. 18) |
| N | 4-9-20 Owens Memo to HR (BPU000136) (Depo Ex. 16) |
| O | April 2020 Email string re Formal Complaint (PLF-SO 000010-11) (Depo Ex. 37) |
| P | 4-21-21 Email string re Formal Complaint (PLF-SO 000012) (Depo Ex. 38) |
| Q | Hibler Report dated July 22, 2020 (BPU000088-100) (Depo Ex. 15) |
| R | April 2020 Email string re FMLA paperwork request (PLF-SO 000007-8) (Depo Ex. 35) |

Respectfully submitted,

McAnany, Van Cleave & Phillips, P.A.
10 E. Cambridge Circle Drive, Suite 300
Kansas City, Kansas 66103
Telephone (913) 371-3838
Fax (913) 371-4722
Email: rdenk@mvplaw.com
slow@mvplaw.com

By: */s/ Spencer A. Low*
Ryan B. Denk          #18868
Spencer A. Low       #27690
*Attorneys for Defendant Unified Government of Wyandotte County / Kansas City, Kansas*

8920883.DOCX

**CERTIFICATE OF SERVICE**

   The undersigned does hereby certify that on the 22nd day of February, 2022, the above and foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following:

Bert S. Braud
The Popham Law Firm, P.C.
712 Broadway, Suite 100
Kansas City, Missouri 64105
bbraud@pophamlaw.com

*Attorneys for Plaintiff*

                  /s/ Spencer A. Low

8920883.DOCX