# EXHIBIT

# S

**IN THE US DISTRICT COURT FOR THE DISTRICT OF KANSAS**

STERLING OWENS,              )
                                    )
                  Plaintiff,       )
vs.                              )     Case No:  2:21-cv-02185
                                    )
UNIFIED GOVERNMENT OF WYANDOTTE  )
COUNTY/KANSAS CITY, KANSAS     )
                                    )
     AND                      )
                                    )
KANSAS CITY BOARD OF PUBLIC UTILITIES )
                                    )
                  Defendants.    )

## DEFENDANT'S SUPPLEMENTAL ANSWERS AND OBJECTIONS TO PLAINTIFF'S FIRST INTERROGATORIES TO DEFENDANT

**COMES NOW** Defendant Unified Government of Wyandotte County / Kansas City, Kansas ("UG" or "Defendant"), pursuant to Rule 33 of the Federal Rules of Civil Procedure, and provides the following Supplemental Answers and Objections to Plaintiff's First Interrogatories Defendant.

6.     Identify all employees of Defendant who have been investigated for alleged violations of Defendant's residency requirements between January 1, 2015 through the present, and for each person identified, please state:

    a.   The employee's name;

    b.   The employee's age and race;

    c.   Whether the employee was found to be in violation of the residency requirement; and

    d.   If found to be in violation of the residency requirement, whether the employee was disciplined because of said violation.

**ANSWER:**  **Defendant objects to producing the age of any other individual, as Plaintiff's**

Complaint does not assert any causes of action based on age. The following individuals have been investigated for residency:

| | |
|---|---|
| **Allen Dixon** | **White** |
| **Yulondia Davis** | **Black** |
| **Bruce Sopha** | **Asian** |
| **Dean Scott Willis Jr.** | **White** |
| **Chris Stewart** | **White** |
| **Jason Holman** | **White** |
| **Jacquelyn Bagby** | **Black** |
| **Tammy Torrez** | **Hispanic** |
| **Jeremy Mische** | **White** |
| **Pedro Salazar** | **Hispanic** |
| **Johnny Vang** | **Asian** |
| **Eda Flynn** | **White** |
| **Jacob Wolf** | **White** |
| **Johnell Walton** | **Black** |
| **Darryl Terrell** | **Black** |
| **Darrelle Hargraves** | **Black** |
| **Kimberly Wilson** | **Black** |
| **Jie Li** | **Asian** |
| **Michael Oldhoeft** | **White** |
| **William Overton** | **White** |
| **Robert Watson** | **Black** |

| Kirt Williams | Black |
|---------------|-------|

The following individuals were terminated for a residency violation following an investigation.

| Phil Musser | White |
|-------------|-------|
| Judy Woodruff | White |
| Denise Duncan | Black |
| Sreenivasulu Reddy Chevuru | Asian |

**SUPPLEMENTAL ANSWER**: Defendant has additionally investigated Don Cox for residency, who is White.  Mr. Cox's investigation is still ongoing.

8.     Did Defendant's investigation of Plaintiff for alleged violations of Defendant's residency requirement include any form of surveillance, whether done in person or remotely?  If your answer is "yes,"

a.   Identify all persons involved in the surveillance;

b.   Identify all documents generated as a result of the surveillance;

c.   Identify all other employees who were investigated for alleged violations of the residency requirement who were subject to surveillance.

**ANSWER:**   Surveillance was conducted by Chance Baker of CHIEF Investigations. Defendant objects that sub-request (c) is overbroad as to scope and time.  Answering with information dating back to 2015, Defendant believes that the following employees were investigated with surveillance involved: Darryl Terrell, Pedro Salazar, Phil Musser, Judy Woodruff, Denise Duncan, and Sreenivasulu Reddy Chevuru. Defendant believes this list is complete, but because its prior Human Resources Director left during this time period, it is still verifying whether surveillance was used for any other investigations and will supplement if additional information is found.

**SUPPLEMENTAL ANSWER:**   Defendant has also learned that surveillance was used during the investigations of Don Cox, Eda Flynn, Jacob Wolff, and Darrelle Hargraves.

Respectfully submitted,

McAnany, Van Cleave & Phillips, P.A.
10 E. Cambridge Circle Drive, Suite 300
Kansas City, Kansas 66103
Telephone (913) 371-3838
Fax (913) 371-4722
Email: rdenk@mvplaw.com
            slow@mvplaw.com

By: */s/ Spencer A. Low*
Ryan B. Denk                    #18868
Spencer A. Low                  #27690
*Attorneys for Defendant Unified Government of Wyandotte County / Kansas City, Kansas*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 11th day of March, 2022 a true and accurate copy of the foregoing was served electronically by e-mail upon:

Bert S. Braud
The Popham Law Firm, P.C.
712 Broadway, Suite 100
Kansas City, Missouri 64105
bbraud@pophamlaw.com

*Attorneys for Plaintiff*

/s/ Spencer A. Low

## VERIFICATION

STATE OF _Kansas_ )
                   ) ss.
COUNTY OF _Wyandotte_ )

    The undersigned, _Dennis Dumovich_ , being duly sworn on oath, states that he/she has read the foregoing interrogatory answers and responses provided, and the given are true to the best of affiant's knowledge and belief.

_____

Dennis Dumovich

Subscribed and sworn to before me this _10th_ day of _March_ , 20 _22_.

_____
Notary Public

My Commission Expires:

_2/16/2025_

CHRISTINE S. MAY
NOTARY PUBLIC
STATE OF KANSAS
MY COMM. EXPIRES
_2-16-2025_