# United States District Court

------------------------- DISTRICT OF KANSAS---------------------------

**STERLING OWENS,**

        **Plaintiff,**

v.                                       Case No: 21-cv-02185-KHV

**UNIFIED GOVERNMENT of**
**WYANDOTTE COUNTY AND**
**KANSAS CITY, KANSAS,**

        **Defendant,**

## JUDGMENT IN A CIVIL CASE

☒   Jury Verdict. This action came before the Court for a jury trial. The issues have been tried and the jury has rendered its verdict.

☐   Decision by the Court. This action came before the Court. The issues have been considered and a decision has been rendered.

    Pursuant to the Verdict returned by a jury on November 17, 2022, judgment is entered for Defendant Unified Government of Wyandotte County and Kansas City, Kansas against Plaintiff Sterling Owens.

    IT IS SO ORDERED.

                                                  SKYLER B. O'HARA
                                                  CLERK OF THE COURT

Dated:  November 17, 2022                 /s/  *Audra Harper*
                                                  By Deputy Clerk